In the Matter of the Probate of the Last Will and Testament of PHOEBE J. McCLOSKEY, Deceased. HOWARD BUCKLEY and Another, Appellants; ANNIE LOUISE KNAPP, as Administratrix, etc., Respondent.— Order of the Surrogate's Court of Westchester county reversed, with ten dollars costs and disbursements, and motion to vacate the executions denied, with ten dollars costs, upon the ground that the respondent had no right to demand from the appellants a receipt in full for the payment of their distributive shares under the decree. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

In the Matter of the Application of PATRICK MURPHY, Respondent, for a Writ of Certiorari Commanding HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, and Another, Appellants, etc.— Order affirmed, with ten dollars costs and disbursements, on authority of *Matter of Gaignat* v. *Sisson* (*ante*, p. 193), decided herewith. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of the Petition of the NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, etc., Respondent, under Section 62 (Now Section 91) of the Railroad Law, as to the Elimination of Grade Crossings in the Village of White Plains. CITY OF WHITE PLAINS, Appellant; THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, Respondent.— Order of the Public Service Commission affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

GUSTAVE H. KUNTZSCH, Respondent, v. HULDA WEDEN KUNTZSCH, Appellant.— Judgment and order reversed and complaint dismissed, with costs to the appellant, upon the ground that there is no satisfactory evidence of such cruel and inhuman treatment of the plaintiff by defendant as to make it unsafe or improper for him to live and cohabit with her. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

MERRY REALTY COMPANY, INC., Appellant, v. HARRY B. MARTIN and Others, Defendants. SHAMOKIN & HOLLIS REAL ESTATE COMPANY, Respondent.— Orders reversed, with ten dollars costs and disbursements, and motions denied, with ten dollars costs, upon the ground that no special reason appears why this action for the foreclosure of a mortgage should not be tried in the usual way, that is, entirely by the court at Special Term. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

THOMAS P. MOFFAT, Appellant, v. HUGH S. JARVIS and WILLIAM J. PATTERSON, as Executors, etc., of SAMUEL MILLER JARVIS, Deceased, Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.